UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| **Q MAX CONSTRUCTION CO., INC.** | * | |
| | * | |
| **Plaintiff** | | |
| | * | |
| v. | | Case No. 20-03011 (PJM) |
| | * | |
| **MELTECH CORPORATION, INC.** | * | |
| | * | |
| **Defendant** | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

Plaintiff, Q MAX CONSTRUCTION COMPANY, INC., and Defendant, MELTECH CORPORATION, INC., by their respective undersigned counsel, submit this Joint Status Report and state:

The parties agree that mediation would be beneficial in this matter and request that they be permitted to have such mediation conducted privately by not later than October 20, 2022.

Respectfully submitted,

/s/ Andrew H. Vance

Andrew H. Vance (Fed. Bar No. 05287)
LAW OFFICE OF ANDREW H. VANCE
77 E. Main Street, Suite 408
Westminster, MD 21157
410.386.0727 constructionlaw@verizon.net
**Attorney for Plaintiff**

/s/ Leonard A. Sacks

Leonard A. Sacks, (Fed. Bar No. 04257)
Leonard A. Sacks & Associates, P.C.
One Church Street, Suite 303

Rockville, Maryland 20850
(301) 738-2470
lsacks@laspc.net
**Attorney for Defendant**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of August, 2022, a true and accurate copy of this Joint Status Report was served electronically by the Court's CM-ECF on Leonard A. Sacks, Esq., Leonard A. Sacks & Associates, P.C., One Church Street, Suite 303, Rockville, Maryland 20850.

/s/ Andrew H. Vance